UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK EARL WHITE,

        Plaintiff,        Case No. 1:10-cv-1082

v.        Honorable Paul L. Maloney

CORRECTIONAL MEDICAL
SERVICES, INC. et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendant Michigan Department of Corrections be DISMISSED WITH PREJUDICE on grounds of sovereign immunity, in accordance with 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that the Clerk shall arrange for service of summons and complaint, along with a copy of this order, upon Defendants Correctional Medical Services, Inc., William Nelson and Tom LaNore.

IT IS FURTHER ORDERED that Defendants shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).

Dated: November 18, 2010        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge