UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK EARL WHITE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:10-cv-1082 |
| | ) |
| v. | ) Honorable Paul L. Maloney |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's May 11, 2011 order and the July 25, 2011 order denying plaintiff's motion for reconsideration,

IT IS ORDERED that this case be and hereby is DISMISSED without prejudice for lack of prosecution.

Dated: July 27, 2011            /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge